BART M. DAVIS, ID STATE BAR NO. 2696
UNITED STATES ATTORNEY
**PETER L. WUCETICH, ID STATE BAR NO. 10557**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414
Email: peter.wucetich@usdoj.gov

Attorneys for the United States of America

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA A. COX,<br><br>       Plaintiff,<br><br>  v.<br><br>PHIL BARBARICK,<br><br>       Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that the defendant in the above-captioned action hereby removes it from the state court in which it was initiated to this Court.  The grounds for removal are as follows:

1.    Phil Barbarick is the defendant in the above-captioned civil action which was initiated in the District Court for the 7th Judicial District for the State of Idaho in and for the County of Lemhi as Case No. CV30-19-290.  No trial has yet been had in the action.  Copies of all process, pleadings, and orders served upon the defendant in this action are attached to this Notice of Removal.

**NOTICE OF REMOVAL - 1**

2.      Defendant was first served with a copy of the summons and claim in the state court action on November 25, 2019, and 30 days have not expired since receipt by the defendant of a copy of the initial pleading setting forth the claim for relief upon which this proceeding is based.

3.      Defendant is a federal employee and works for the U.S. Department of the Interior, Bureau of Land Management as an Environmental Protection Specialist.  He is being sued for actions taken in the course and scope of this employment for the Bureau of Land Management.

4.      Plaintiff's claim has been brought under state law.  Congress has provided a statutory immunity from those state law claims in 28 U.S.C. § 2679(b).  Under that provision, the exclusive remedy for the negligent or wrongful act or omission of an employee of the United States acting in the scope of office or employment shall be an action against the United States under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b) & 2671-2680.

5.      Congress also provided in 28 U.S.C. §2679(d)(2) that upon certification by the Attorney General that an employee acted within the scope of office or employment at the time of the incident out of which the plaintiff's claim arose, any civil action or proceeding commenced upon that claim in a state court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending.  The civil action or proceeding shall then be deemed to be an action or proceeding against the United States under the FTCA, and the United States shall be substituted as the party defendant.  Congress also provided in § 2679(d)(2) that "[t]his certification of the Attorney General shall conclusively establish scope of office or employment for purposes of removal."

**NOTICE OF REMOVAL - 2**

6.     The Attorney General has delegated authority to certify scope of office or employment under 28 U.S.C. § 2679 to the United States Attorneys and to the Directors of the Torts Branch of the Department of Justice Civil Division.  28 C.F.R. § 15.4(a).  Attached to this Notice of Removal is a Certification by the United States Attorney for the District of Idaho that Defendant was acting in the scope of office or employment at the time of the incident out of which Plaintiff's claim arose.

7.     Accordingly, this action must be deemed to be an action against the United States for the purposes of Plaintiff's state law claim, and it is therefore removed under 28 U.S.C. § 2679(d)(2).  *Osborn v. Haley*, 549 U.S. 225 (2007).

WHEREFORE, this action is hereby removed under 28 U.S.C. § 1442(a)(1) and 28 U.S.C. § 2679(d)(2), and the United States must be deemed the defendant for purposes of Plaintiff's state law claim under 28 U.S.C. § 2679(d)(2).

Respectfully submitted this 16th day of December, 2019.

BART M. DAVIS
UNITED STATES ATTORNEY
By:


*/s/ Peter L. Wucetich*
PETER L. WUCETICH
Assistant United States Attorney

**NOTICE OF REMOVAL - 3**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of December, 2019, the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

N/A

And by U.S. Mail, postage prepaid, to the following:

Rebecca A. Cox
203 South Railroad
Leadore, Idaho 83464
*Plaintiff*

*/s/ Jessica Black*
Jessica Black
Legal Assistant

**NOTICE OF REMOVAL - 4**

## Case Information

CV30-19-0290 | Rebecca Cox Plaintiff, vs. Phil Barbarick Defendant.

| Case Number | Court | Judicial Officer |
|---|---|---|
| CV30-19-0290 | Lemhi County Magistrate Court | Barrett, James Howard, Jr |

| File Date | Case Type | Case Status |
|---|---|---|
| 10/11/2019 | C -Small Claims | Active - Pending |

## Party

**Plaintiff**
Cox, Rebecca J

---

**Defendant**
Barbarick, Phil D

**DOB**
XX/XX/1960

---

**Defendant**
United States of America

**Active Attorneys**
Lead Attorney
Wucetich, Peter L.
Retained

---

## Events and Hearings

| | |
|---|---|
| 10/11/2019 New Case - Small Claims | |
| 10/11/2019 SC Small Claims form CAO SC 1-2 | |
| 10/11/2019 SC Summons Issued | |
| 12/03/2019 Return of Service | |

10/12/2019 Notice

Comment
US Certification of Scope of Employment

## Financial

Cox, Rebecca J

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $70.00 |
| | Total Payments and Credits | | | $70.00 |
| 10/11/2019 | Transaction Assessment | | | $69.00 |
| 10/11/2019 | Transaction Assessment | | | $1.00 |
| 10/21/2019 | Case Payment | Receipt # 02091-2019-R30 | Cox, Rebecca J | ($70.00) |

Case 4:19-cv-00497-CWD   Document 1   Filed 12/16/19   Page 7 of 18

IN THE DISTRICT COURT FOR THE 7th JUDICIAL DISTRICT

FOR THE STATE OF IDAHO, IN AND FOR THE COUNTY OF Lemhi

SMALL CLAIMS DEPARTMENT

Rebecca Cox

Case No. CV30-19-290

Plaintiff(s),

SUMMONS

vs.

Phil Barbarich

Defendant(s).

To the Defendant(s): You have been sued by the Plaintiff(s) in the court listed above.

---

### Response Due at the Court Within 21 Days

File the answer form you received, with the Court Clerk at:

(mailing address, physical address if different, and telephone number of the court):

2016 Courthouse Dr. Salmon, ID
83467   208-756-2815

---

IF YOU DO NOT FILE YOUR ANSWER with the court within 21 days, the court may enter judgment against you, for the money, personal property, and/or filing and service costs.

IF YOU FILE AN ANSWER, the court will send you a notice with the date and time to appear in court.  Make sure the court has your current mailing address.

*Favor de notificarnos, antes de la fecha de su audiencia, si necesita un intérprete.*

Date: 10-11-19

CLERK OF THE DISTRICT COURT

Debbie Howell

Typed/printed name

By: Debbie Howell

Deputy Clerk

District Court Seventh Judicial District
State of Idaho
Lemhi County

SUMMONS
CAO SC 1-1 07/01/2018

PAGE 1

LEMHI COUNTY DISTRICT COURT
FILED 10-11-19
TIME 8:47 AM
LEMHI COUNTY CLERK
BY _____ DEPUTY

Rebecca J Cox
Full Name of Party Filing Document

203. S Railroad
Mailing Address (Street or Post Office Box)

Leadore - ID. 83464
City, State and Zip Code

(208) 768-7269
Telephone

Rebecca 1960 @ g-mail. com
Email Address (if any)

IN THE DISTRICT COURT FOR THE 7 JUDICIAL DISTRICT,
FOR THE STATE OF IDAHO, IN AND FOR THE COUNTY OF Lemhi

SMALL CLAIMS DEPARTMENT

Rebecca J Cox
203. S Railroad
Plaintiff(s),

vs.

Phil Barbanich
Defendant(s).

Case No. CV-30-19-290

CLAIM

$ 5,000   Claim
$ 69.00   Filing Fee
$ _____   Service Fee
$ _____   Another Notice
$ 5,069   Total

Rebecca J Cox   203.5 Railroad. 83464
Plaintiff's Name   Address   City   State   Zip   Phone

Plaintiff's Name   Address   City   State   Zip   Phone

Defendant's Name   Address   City   State   Zip   Phone

Defendant's Name   Address   City   State   Zip   Phone

(If you are seeking a judgment for money, fill out this portion.)
AMOUNT OF CLAIM: 5,000 (not including filing and service fees)
DATE CLAIM AROSE: 10/10/17 (month and year)

CLAIM
CAO SC 1-2  07/01/2016

PAGE 1

BASIS FOR YOUR CLAIM: *Phil hit our horses on huuy 28*

If you are seeking a judgment for the return of personal property, fill out this portion.

PERSONAL PROPERTY: I am the owner, or I am entitled to possess, the following personal property, which is being held by the defendant (specifically describe the property): *Defendent hit horses on open range*

VALUE OF THE PROPERTY: $ *5000*

Service of process by certified mail requested: ☐ Yes ☐ No

BY SIGNING THIS CLAIM, THE PLAINTIFF VERIFIES THAT (1) the Plaintiff is the true owner of the claim, (2) the Defendant resides in *Leadore Lem* County, or the Defendant resides outside Idaho and the claim arose in _____ County, and (3) the information above is true and correct to the Plaintiff's best knowledge.

### CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: *8/*

*Rebecca Cox*
Typed/printed name

*Rebecca J Cox*
Plaintiff's Signature

Favor de avisarnos antes de la audiencia si usted necesitara un interprete en la corte.

CLAIM
CAO SC 1-2  07/01/2016

PAGE 2

_Rebecca J Cox_
Full Name of Party Filing Document

_203 S Railroad_
Mailing Address (Street or Post Office Box)

_Leadore Id. 83464_
City, State and Zip Code

_(208) 768-2688_
Telephone

_____
Email Address (if any)

IN THE DISTRICT COURT FOR THE ___7th___ JUDICIAL DISTRICT

FOR THE STATE OF IDAHO, IN AND FOR THE COUNTY OF _Lemhi_

_Rebecca_ SMALL CLAIMS DEPARTMENT

Case No. _CV30-19-290_

_Phil Barbarick_ ANSWER

Plaintiff(s),

vs.

_Phil Barbarick_

_____,    No Filing Fee
Defendant(s).

1. If the Defendant's name is not spelled correctly on the Plaintiff's Claim, or if the Defendant's address or phone number are not correct or are omitted on the Plaintiff's Claim, fill out this portion.

_Phil Barbarick    Salmon Id. 83467_
Defendant's Name    Address    City    State    Zip    Phone

_Phil Barbarick    3 pollard TR._
Defendant's Name    Address    City    State    Zip    Phone
_Salmon Id. 83467_

2. If the Plaintiff's claim asks for a judgment for money, fill out this portion.

Do you agree that you owe money to the Plaintiff? ☐ Yes ☐ No

If yes, how much do you agree that you owe? $_____

ANSWER
CAO 3-1 07/01/2016

PAGE 1

If you believe that you do not owe the Plaintiff the amount claimed or any money, state briefly why you do not owe the money. _____

_____

_____

_____

_____

3.  If the Plaintiff's claim seeks the return of personal property, fill out this portion.

Do you agree with the part of the Plaintiff's claim asking for the return of personal property? ☐ Yes ☐ No

If not, state briefly why not. _____

_____

_____

_____

_____

BY SIGNING THIS ANSWER, THE DEFENDANT VERIFIES THAT the information above is true and correct to the Defendant's best knowledge.

## CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: _____

_____          _____
Typed/printed name                                         Signature

Favor de avisarnos antes de la fecha de la audencia si usted necesitara un interprete en la corte.

*Becky S*

# Small Claims – Information for Defendant

You have been sued. The person who sued you is the Plaintiff, you are the Defendant.

## Do you agree that you owe the money or the property belongs to the Plaintiff?

**Disagree**
- **You must file an *Answer* with the court within 21 days** of receiving the *Claim*. The clerk will schedule a hearing where you can present your side of the case.

**Agree**
- **You do not have to file an *Answer*.**
- Pay the claim or return the property immediately.
- The Plaintiff can ask for a *\*Default Judgment* if no *Answer* is filed, and then ask the Sheriff to collect or recover property.

*\*Default Judgment:* The court can grant the Plaintiff everything in the *Claim* plus case costs if you Defendant do not file an *Answer* by the deadline.

## Fill out and file the forms.

① To file an *Answer*, choose one of the following options:



**A. Complete & File Forms Online using Guide & File:**
**Guide & File** is an easy to use online tool that prepares your forms and allows you to e-file your forms online, go to: http://guideandfile.idaho.gov.

**B. E-File using File & Serve:**

Alternatively, you can e-file using **File & Serve**; this may be easier if you routinely file a large volume of small claims cases. You can find it online here: https://idaho.tylerhost.net/ofsweb.

If you are a **business** filing the claim in a county where e-filing is available, you **must e-file** your documents. or

**C. Print and File in Person:**

To print and fill out your forms go to: www.courtselfhelp.idaho.gov/small-claims or pick up a copy at your local courthouse. Sign and date the completed forms. Make at least two copies: 1 for you and 1 for each Plaintiff, and take them to the court where the Claim was filed.

② **Attend the hearing.**

The court clerk will schedule a trial in your case and send you and the Plaintiff a notice with the date and time. If you do not attend, the judge may grant the Plaintiff a *Default Judgment*, the same as if you hadn't filed an *Answer*. For more information on what to expect in court see *Get Ready for Your Small Claims Trial - Defendant*.



# Small Claims FAQs

## What if the Plaintiff owes me money or has my property?
To ask the judge to order the Plaintiff to return your money or property, you must file your own *Claim*.

## Can the Plaintiff and I resolve the case?
Yes, you and the Plaintiff can try to settle the case at any time before the court enters a judgment.

If you reach an agreement it must be explained to the court so that the case can be dismissed or a judgment issued that says what you agreed on.

## Can a lawyer represent me?
You cannot have a lawyer speak for you in small claims, but you can talk to a lawyer before and after your trial. If you were sued as a business, the owner or an employee can speak in court, as long as he or she is not a lawyer.

## Can I reschedule my trial?
If you have an urgent reason to change the trial date, file a *Motion to Continue (Reschedule) Hearing* at least 2 weeks before your trial. In Guide & File, choose the "Small Claims - Requests Before Hearing" interview.

## Can I get an interpreter?
Let the Clerk know if you or a witness needs help with English or has hearing problems. The Clerk can send a free interpreter to your trial.

## What if the Plaintiff filed the case in the wrong county?
You can ask the court to change the venue (location) for the case by filing a *Motion to Change Venue*. In Guide & File, choose the "Small Claims - Requests Before Hearing" interview.

## What if I miss the deadline for responding?
The Plaintiff can get a *default judgment*. You can ask the court to set aside a default judgment to allow you to respond. You can find the forms online at:
www.courtselfhelp.idaho.gov/small-claims

S H E R I F F   O F   L E M H I   C O U N T Y

RETURN OF SERVICE

SHERIFF# 20190311
COURT CASE# CV30-19-290

County of Lemhi            )
                           )   ss.        SUMMONS & COMPLAINT
STATE OF IDAHO             )

                                        LEMHI COUNTY DISTRICT COURT
                                        FILED 12-3-19
COX, REBECCA                            TIME  4:48 pm
                 PLAINTIFF              LEMHI COUNTY CLERK
BARBARICK, PHIL                        BY_____ DEPUTY
                 DEFENDANT

I, STEVE PENNER, Sheriff of the County of Lemhi, State of Idaho,

hereby certify that I received the attached SUMMONS & COMPLAINT

on the 18 day of November, 2019, and I further certify that in

accordance with I.R.C.P. 4 and 5, I served a copy of the SUMMONS

& COMPLAINT, on PHIL BARBARICK, he/she being the DEFENDANT named

in said document(s) on Monday, the 25 day of November, 2019,

at 6:50 p.m. at the following address: 3 POLLARD TRAIL, SALMON,

ID 83467; by delivering a copy of the above named document to

him/her personally; to which was attached:

SUMMONS AND SMALL CLAIMS
_____
_____
_____



DATED this 26 day of November, 2019.

                    STEVE PENNER
                    Sheriff of Lemhi County
                    By _____, Deputy
                          JAKE BENSON

Electronically Filed
12/12/2019 7:59 AM
Seventh Judicial District, Lemhi County
Brenda Armstrong, Clerk of the Court
By: Debbie Howell, Deputy Clerk

BART M. DAVIS, ID STATE BAR NO. 2696
UNITED STATES ATTORNEY
**PETER L. WUCETICH, ID STATE BAR NO. 10557**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414
Email: peter.wucetich@usdoj.gov

Attorneys for the United States of America

IN THE DISTRICT COURT FOR THE 7th JUDICIAL DISTRICT
FOR THE STATE OF IDAHO, IN AND FOR THE COUNTY OF LEMHI
SMALL CLAIMS DEPARTMENT

| | |
|---|---|
| REBECCA A. COX,<br><br>        Plaintiff,<br><br>    v.<br><br>PHIL BARBARICK,<br><br>        Defendant. | Case No. CV30-19-290<br><br>**CERTIFICATION OF SCOPE OF EMPLOYMENT** |

I, Bart M. Davis, United States Attorney for the District of Idaho, acting under the provisions of 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify that I have read the claim in this action.  On the basis of the information now available with respect to the claim set forth therein I find that Environmental Protection Specialist Phil Barbarick was acting within the scope of his employment for the U.S. Department of Interior, Bureau of Land Management at the time of the incident out of which the plaintiff's claim arose.

**CERTIFICATION OF SCOPE OF EMPLOYMENT - 1**

Respectfully submitted this 16th day of December, 2019.

BART M. DAVIS
United States Attorney

**CERTIFICATION OF SCOPE OF EMPLOYMENT - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for

the District of Idaho, and that a copy of the foregoing **CERTIFICATION OF SCOPE OF**

**EMPLOYMENT** was mailed, postage prepaid, this 12 day of December, 2019 to:

Rebecca A. Cox
203 South Railroad
Leadore, Idaho 83464
*Plaintiff*

Jessica Black
Legal Assistant

**CERTIFICATION OF SCOPE OF EMPLOYMENT - 3**